STATE OF NORTH CAROLINA, EX REL. NORTH CAROLINA UTILITIES COMMISSION v. WESTCO TELEPHONE COMPANY.

(Filed 19 May, 1965.)

APPEAL from the North Carolina Utilities Commission by the defendant, Westco Telephone Company, pursuant to the provisions of G.S. 62-99, from an order finding and concluding the fair value of the property of the defendant, used and useful in rendering service to the public as of 31 December 1963, to be $4,120,000, and that a fair and reasonable rate of return thereon was 3.80%.

The defendant assigns error.

*Edward B. Hipp, Commission Attorney.*
*Attorney General Bruton, Asst. Attorney General Charles W. Barbee, Jr.*
*Van Winkle, Walton, Buck & Wall; Herbert L. Hyde for defendant.*

PER CURIAM. On authority of the decision in the case of *Utilities Com. v. Finishing Plant, et al, ante,* 416, in which G.S. 62-99 is held unconstitutional, this appeal is dismissed with the right of the appellant to appeal to the Superior Court of Wake County, if so advised, within the time and in the manner set out in the above cited case.

Appeal dismissed.